STATE OF OHIO             )                                                    1:17MJ4119 (JDG)
                          ) SS:
COUNTY OF CUYAHOGA        )

## UNITED STATES POSTAL INSPECTION SERVICE

I, Myrick Dennis, DO HEREBY DEPOSE AND SAY:

1. I am a United States Postal Inspector employed by the United States Postal Inspection Service ("USPIS") since July 2014, and currently assigned to the Cleveland, Ohio, Field Office. I am a sworn federal law enforcement officer empowered to investigate criminal activity involving or relating to the U.S. Postal Service ("USPS") and/or U.S. Mail. I am currently assigned to the Prohibited Mail Narcotics team, which investigates the mailing of illegal narcotics, dangerous drugs, and their proceeds.

2. I have received training in the detection and investigation of drug trafficking and money laundering offenses. I have worked USPS related drug investigations since October 2014 and have been the case agent in several investigations leading to prosecution and conviction in both U.S. District Court and state courts.

3. On June 8, 2017, postal management contacted Postal Inspectors about a suspicious parcel, identified as USPS Priority Mail parcel no. 9505 5128 5735 7153 1973 63 addressed to Tanya Jackson, 16322 Lotus Dr, Cleveland, Ohio 44128, and having a return address of Cody James, 1015 Semester Ave #3, Los Angeles, CA 90026 ("subject parcel"). The subject parcel is suspected to contain illegal drugs based on a number of characteristics, including but not limited to the class of mail, origin, destination, and size. On this date, I retrieved the subject parcel from the Shaker Heights, OH 44120 Post Office and secured it at the USPIS Cleveland Field Office.

4. I know from my training and experience that Priority Mail is commonly used to transport controlled substances because the Priority Mail system provides traceability, reliability, and timely delivery. The 2-3 day delivery timeframe of Priority Mail places time pressures on law enforcement agents to identify, search, and deliver these drug parcels in a timely manner.

5. The parcel is further described as a white cardboard box weighing approximately 6 pounds and measuring 12" x 12" x 6". The parcel was mailed on June 2, 2017, from Los Angeles, CA 90027 and bears $18.85 in U.S. postage. I know California has historically been a source area for mailed controlled substances into Northern Ohio.

6. In furtherance of the investigation, I made inquiries with CLEAR, a database which has proven reliable in determining the legitimacy of name and address information, concerning the intended delivery address of 16322 Lotus Dr, Cleveland, Ohio 44128 and was unable to associate any individuals named Tanya Jackson with this address.

7. I also made CLEAR inquiries regarding the return address of 1015 Semester Ave #3, Los Angeles, CA 90026, and was unable to determine this to be a valid address recognized by the USPS.

8. I know from my training and experience that individuals using the U.S. Mails for the purpose of transporting controlled substances will often place fictitious, incomplete, and/or misspelled name and/or address information on these parcels to conceal their true identities from law enforcement should the parcel be seized.

9. On June 8, 2017, the subject parcel was placed into a lineup containing several blank parcels which emanated no narcotics odors. Narcotic detection canine "Ciga," handled by Detective Twombly, was allowed to examine the lineup. According to Detective Twombly, Ciga gave a positive alert on the subject parcel and none of the blank parcels, and I also witnessed this alert. According to Detective Twombly, this positive alert meant Ciga detected the odor of an illegal drug emanating from the subject parcel.

10. Detective Twombly has been State Certified as a Narcotics Canine handler, and he and narcotics canine Ciga have worked together since 2013. Detective Twombly and canine Ciga were both certified in October 2016 by the Ohio Peace Officers Training Academy (OPOTA) and in October 2016 by the North American Police Working Dog Association (NAPWDA). Detective Twombly and canine Ciga have both completed 80 hours of a state-certified training program at Shallow Creek Kennels in Sharpsville, Pennsylvania under Certified Trainer John Brannon of the NAPWDA, a nationally organized police work dog association which provides training for dogs and handlers. During this time, Ciga was trained and certified to alert to the presence of the odors from marijuana, cocaine, heroin, MDEA (methylenedioxyethylamphetamine), methamphetamine ("crystal meth"), and/or their derivatives. Detective Twombly has been trained how to handle a detector K-9 and read his alerts. According to Detective Twombly, Ciga is a reliable K-9 assist unit.

11. Based on the information contained herein, I maintain that there is probable cause to believe USPS Priority Mail parcel no. 9505 5128 5735 7153 1973 63 addressed to Tanya Jackson, 16322 Lotus Dr, Cleveland, Ohio 44128, and having a return address of Cody James, 1015 Semester Ave #3, Los Angeles, CA 90026, contains controlled substances, and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

_____
MYRICK DENNIS
U.S. POSTAL INSPECTOR

This affidavit was sworn to by the affiant, who did no more than attest to its contents pursuant to Crim. R. 4.1(b)(2)(A), by telephone after a PDF was transmitted by email, per Crim R. 4.1

_____    06-12-17
JONATHAN D. GREENBERG               DATE
U.S. MAGISTRATE JUDGE

2