AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:17MJ4119 (JDG) | Date and time warrant executed:<br>6/12/2017 3:47 pm | Copy of warrant and inventory left with: |
| Inventory made in the presence of :<br>Postal Inspectors Dennis & Parillo | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>USPS Priority Mail parcel no. 9505 5128 5735 7153 1973 63 addressed to Tanya Jackson, 16322 Lotus Dr, Cleveland, Ohio 44128, and having a return address of Cody James, 1015 Semester Ave #3, Los Angeles, CA 90026, and the following related contents:<br>Two 750 mL bottles of Seagram's Extra Smooth Vodka.<br><br>MTD 6/12/2017<br><br>2017 JUN 13 AM 9:05<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF OHIO<br>CLEVELAND | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/12/2017

_Executing officer's signature_

Myrick Dennis, U.S. Postal Inspector
_Printed name and title_

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br><br>USPS Priority Mail parcel no. 9505 5128 5735 7153 1973 63 addressed to Tanya Jackson, 16322 Lotus Dr, Cleveland, Ohio 44128, and having a return address of Cody James, 1015 Semester Ave #3, Los Angeles, CA 90026 | Case No. 1:17MJ4119 (JDG) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Northern__ District of __Ohio, Eastern Division__
*(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail parcel no. 9505 5128 5735 7153 1973 63 addressed to Tanya Jackson, 16322 Lotus Dr, Cleveland, Ohio 44128, and having a return address of Cody James, 1015 Semester Ave #3, Los Angeles, CA 90026

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

**YOU ARE COMMANDED** to execute this warrant on or before __06-26-17__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Jonathan D. Greenberg__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __06-12-17   1220__   _____
                                              *Judge's signature*

City and state:  __Cleveland, Ohio__         Jonathan D. Greenberg, U.S. Magistrate Judge
                                             *Printed name and title*